Since the Deputy Commissioner's decision, the N.C. Court of Appeals has ruled that an inmate who suffers an accidental injury arising out of and in the course of work assigned by the Department of Correction is barred by N.C. Gen. Stat. § 97-13(c) from bringing a claim under the State Tort Claims Act, N.C. Gen. Stat. § 143-291, et seq. Richardson v. N.C. Department ofCorrection, 118 N.C. App. 704, 457 S.E.2d 325(1995); Blackmonv. N.C. Department of Correction, 118 N.C. App. 666,457 S.E.2d 306(1995). According to the uncontradicted allegations of the parties and the finding of the Deputy Commissioner, this plaintiff was injured under such circumstances. Appeals from these cases are currently pending before the N.C. Supreme Court.
Consequently, IT IS ORDERED that this matter should be, and hereby is, DISMISSED.
 S/ _______________ J. RANDOLPH WARD COMMISSIONER
CONCURRING:
S/ _______________ LAURA K. MAVRETIC COMMISSIONER
S/ _______________ DIANNE C. SELLERS COMMISSIONER
JRW:md